<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
J.R. PETERS, INC.,              )
                                )  Civil Action
            Plaintiff           )  No. 11-cv-01168
                                )
      vs.                       )
                                )
ROBERT B. PETERS and            )
VIRGINIA PETERS,                )
                                )
            Defendants          )
```

<u>O R D E R</u>

NOW, this 1st day of March, 2012, upon consideration of the following documents:

    (1)  Memorandum of Law of Plaintiff, J.R. Peters, Inc., Concerning Subject Matter Jurisdiction, filed August 12, 2011;

    (2)  Defendant, Robert B. Peters, Memorandum Showing Cause Why the United States District Court has Subject Matter Jurisdiction in the Within Matter, which memorandum was filed August 15, 2011;

    (3)  Amended Motion to Dismiss Claim Against Defendant, Virginia Peters, Pursuant to F.R.C.P. 12(b)(6), which motion was filed by defendant Virginia Peters on August 17, 2011; and

    (4)  Defendant Virginia Peters, Memorandum Showing Cause Why the United States District Court has Subject Matter Jurisdiction in the Within Matter, which memorandum was filed August 19, 2011;

it appearing that this court does not have jurisdiction over the subject matter of the dispute; and for the reasons articulated in the accompanying Opinion,

IT IS ORDERED that this action is remanded to the Court of Common Pleas of Lehigh County, Pennsylvania.

IT IS FURTHER ORDERED that the Amended Motion to Dismiss Claim Against Defendant, Virginia Peters, Pursuant to F.R.C.P. 12(b)(6) is dismissed without prejudice for her to raise the issues contained therein as preliminary objections in state court.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this matter closed for statistical purposes.

                                  BY THE COURT:


                                /s/ James Knoll Gardner
                               James Knoll Gardner
                               United States District Judge